

# Fourth Court of Appeals
## San Antonio, Texas

December 2, 2019

No. 04-19-00820-CV

Grant R. **MICHAEL,**
Appellant

v.

**WALTON SIGNAGE, LTD.,**
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-21334
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

On November 27, 2019, appellant filed a motion for emergency stay of the trial court's temporary injunction. The motion does not comply with the Texas Rules of Appellate Procedure in that it does not contain a complete signature block or a certificate of conference. *See* TEX. R. APP. P. 9.1(a), 10.1(a)(5). It is ORDERED that appellant file a corrected motion, containing a complete signature block and certificate of conference, by no later than Friday, December 6, 2019. If appellant fails to do so, the motion will be denied for failure to comply with the Rules.

It is FURTHER ORDERED that appellee file a response to the motion by no later than Friday, December 6, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of December, 2019.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court